FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0251

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JOSHUA PAUL CORRIHER,

     Defendant and Appellant.

_____

     O R D E R

     This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021